IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

UNITED STATES OF AMERICA ) CRIMINAL NO. 0:26cr-520
)
v. ) **ORDER FOR**
) **BENCH WARRANT**
)
EKAM MONFUM )


The Clerk of Court is hereby directed to issue a warrant for the defendant, EKAM

MONFUM, as requested by the United States Attorney. Amount and conditions of bond

to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE


June___9___, 2026

___Greenville___, South Carolina


I SO MOVE:


BRYAN P. STIRLING

UNITED STATES ATTORNEY

By: _____

John Potterfield

Assistant U.S. Attorney