**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**ROCK HILL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 0:26-CR-00520 |
| | ) | |
| | ) | MOTION FOR: |
| | ) | (1) Discovery and Inspection |
| | ) | (2) Notice of Intent to Use Evidence |
| | ) |     Under Federal Rules of Evidence |
| vs. | ) |     Rule 404(b) |
| | ) | (3) Notice of Intent to Use Evidence |
| EKAM MONFUM, | ) |     Which May be Subject to a |
| Defendant. | ) |     Motion to Suppress |

The Defendant, EKAM MONFUM, by and through his undersigned counsel, does hereby move this Honorable Court for the following:

**(1) Discovery and Inspection of the following:**

(a)    Any relevant written or recorded statements made by the Defendant, or copies thereof, within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government;

(b)    The substance of any oral statement made by the Defendant which the Government intends to offer in evidence at trial;

(c)    The prior criminal record of the Defendant;

(d)    All books, papers, documents, photographs or tangible objects which are in possession, custody or control of the Government, and are relevant to this case, including any handwritten notes taken by any investigating agents;

(e)    The results or reports of physical or mental examinations, of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the Government, the existence of which is known, or may become known by the exercise of due diligence to the attorney for the Government;

(f)    Pursuant to Federal Rules of Criminal Procedure 16(a)(1)(E), a written summary of testimony the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its' case in chief at trial, including the witnesses' opinions, the basis and the reasons thereof, and the witnesses' qualifications;

(g)    All evidence favorable to the Defendant, or which would be helpful or necessary in the preparation of trial defense or in the mitigation of punishment. This includes, but is not limited to, the following:

(1)    All information relevant to the credibility of any witnesses for the Government;

(2)    All information concerning the conduct, character and reputation of any such witness that is relevant to his or her truthfulness or untruthfulness;

(3)    The criminal record of such witness, including specifically, any prior conviction of a crime punishable by death or imprisonment of more than one year or any conviction involving dishonesty or false statement;

(4)    The substance of any agreement, or proposed agreement, either oral or written, made in the name of the Government of the United States to any Government witness, the subject of which deals directly or indirectly with promise of favored treatment or leniency in return for either a pleas of guilty, nolo contendere, or favorable testimony in this case or any other criminal or civil litigation or sentencing procedure;

(5)    All evidence tending to show that any acts or conduct by the Defendant were done without criminal intent;

(6)    This request specifically includes any information which could show that at the time of any allege act, that the Defendant was neither present, mentioned nor involved directly or indirectly;

(7)    The name and present contact information of all persons who have any knowledge of the existence of any evidence that may be relevant to the acts alleged in the Indictment against the Defendant, regardless of whether said persons will or will not be called as witnesses by the Government in this case;

(8)     The transcript of testimony of any and all persons who testified before the Grand Jury in this case; and,

(9)     Any counts presented to the Grand Jury that resulted in no bill of indictment; and,

(h)     All statements of witnesses producible under Title 18, United States Code, Section 3500, the Jencks Act, at least seventy-two (72) hours prior to trial, and any information required to be disclosed by Rule 26.2 of the Federal Rules of Criminal Procedure.

(i)     Pursuant to the provisions of Title 18, United States Code, Section 2518(9):

All records relating to intercepted wire or oral communications and/or any evidence discovered there from, including all Title III applications and other documents related to such requests.

(j)     The name and current contact information of any witness who has made a voice identification of the Defendant along with a description of the basis of his or her knowledge of the Defendant's voice and the circumstances surrounding such identification.

(2)     **Notice pursuant to the Federal Rules of Evidence, Rule 404(b)**, immediately and sufficiently in advance of trial of the Government's intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government is requested to disclose the particular crime, wrong, or act to be used and the particular theory upon which it is alleged to be admissible.

(3)     **Notice of the Government's intent to use any evidence which may be subject to a motion to suppress**, such notice to be given sufficiently in advance to allow the Defendant to make a timely motion pursuant to Rule 12 of the Federal Rules of Criminal Procedure.

Respectfully Submitted,

/s/Renae Alt-Summers
Renae Alt-Summers
Attorney for the Defendant
3608C Landmark Drive
Columbia, SC 29204

(828)243-5253
raltsummers@gmail.com
Attorney ID#: 10531

Columbia, South Carolina
June 17, 2025